IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ISMAIL SALEH, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv521 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| MARK HANSEN, et al, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on July 6, 2006 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 25, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendants' Motion to Dismiss (Doc. 3) is DENIED.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge